### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:14CR80** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| **LUIS MELLAN-RIVERA,** | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 5) filed by the government, indicating that the defendant in the above mater is the same defendant as in USA v. Marcos Monzon-Rivas, Case No. 8:10CR395. Accordingly,

IT IS ORDERED:

1. The above case is reassigned to Chief Judge Laurie Smith Camp and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters; and

2. The Clerk of the Court will file this order in Case No. 8:10CR395.

DATED this 25th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge